K. Greg Peterson, Esq. (SBN: 118287)
John H. McCardle, Esq. (SBN: 155115)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:   (916) 443-3010
Facsimile:    (916) 492-2680
Email:         greg@kgregpeterson.com
                   john@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>            Plaintiffs,<br><br>v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>            Defendants.<br>_____ | Case No. 2:08-CV-01241 JAM EFB<br><br>ORDER RE EL CAMINO ATHLETIC BOOSTERS CLUB'S MOTION TO INTERVENE AS PLAINTIFF<br><br>Date:   July 23, 2008<br>Time:   9:00 a.m.<br>Ctrm:   6 (Hon. John A. Mendez) |

-1-

ORDER RE EL CAMINO ATHLETIC BOOSTERS CLUB'S
MOTION TO INTERVENE AS PLAINTIFF



PDF created with pdfFactory trial version www.pdffactory.com

The Motion to Intervene as Plaintiff of Applicant-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation ("Boosters") came on regularly for hearing on July 23, 2008, at 9:00 a.m. before the Honorable John A. Mendez.  K. Greg Peterson, Esq. was present as counsel for Applicant-Intervenor, Boosters.  Deputy Attorney General William L. Williams, Jr. was present as counsel for Defendants, Bureau of Gambling Control and Mathew J. Campoy.  The Court considered all of the papers filed and heard oral argument.

GOOD CAUSE APPEARING, Applicant-Intervenor, Boosters' Motion for Leave to Intervene as Plaintiff is granted.

IT IS HEREBY SO ORDERED.

Dated:  July 28, 2008

/s/ John A. Mendez
Honorable John A. Mendez,
United States District Court, Eastern District of California

-2-

ORDER RE EL CAMINO ATHLETIC BOOSTERS CLUB'S
MOTION TO INTERVENE AS PLAINTIFF

