K. Greg Peterson, Esq. (SBN: 118287)
John H. McCardle, Esq. (SBN: 155115)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:   (916) 443-3010
Facsimile:   (916) 492-2680
Email:       greg@kgregpeterson.com
             john@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>Plaintiffs,<br><br>V.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>Defendants,<br><br>and<br><br>CAPITAL BINGO, INC., a California Corporation; HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, a California Non-Profit Corporation; CASA ROBLE HIGH SCHOOL RAMSEMEN, INC., | Case No. 2:08-CV-01241 JAM EFB<br><br>STIPULATION RE AMENDMENT TO ORDER GRANTING PRELIMINARY INJUNCTION AND ORDER THEREON |

-1-

| | |
|---|---|
| a California Non-Profit Corporation; MARY BROWN, an individual, | ) ) ) |
| Intervenors. | ) ) |

_____

In light of the earlier Preliminary Injunction proceedings in this case, and due to the similarity of factual and legal issues that would be presented by Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB's ("Boosters'") bringing a Motion for a Preliminary Injunction in connection with the Cease and Desist Order issued by Defendants, BUREAU OF GAMBLING CONTROL, and its Interim Chief, MATHEW J. CAMPOY (collectively "BGC"), which Cease and Desist Order was served on the Boosters on May 8, 2008, at the Boosters' location known as Charity Bingo, and listed thereon as 2961 Fulton Avenue (actually located at 2929 Fulton Avenue, Suites 10 & 12), Sacramento, CA 95821, and in the interest of judicial economy, Boosters and BGC herewith stipulate and agree to the amendment of the Order Granting Preliminary Injunction entered by the Court in the instant action on June 30, 2008 (the "Order"), as follows:

1. BGC, and any persons, entities and/or agencies acting in concert with them, shall herewith be enjoined and restrained, in the same manner set forth in the Order, from enforcing the Cease and Desist Order served on the Boosters at its Charity Bingo location referenced above, and from attempting to confiscate, seize or interfere in any way with the use any of the 71 Quick Shot Multifunction electronic bingo gaming machines at the Boosters' Charity Bingo location, pending the trial of this action;

2. By entering into this stipulation, BGC does not waive any of its defenses or claims that Boosters is not entitled to the relief given in the Order nor does BGC waive any defenses and objections that it may have in regard to the Boosters' complaint in intervention; and

PDF created with pdfFactory trial version www.pdffactory.com

1      3.      Boosters agrees that it will be bound by the decision in the appeal by BGC, which appeal was filed on July 29, 2008, and is currently pending.

IT IS HEREBY SO AGREED.

Dated:  August 21, 2008           LAW OFFICES OF K. GREG PETERSON

By: /s/ K. Greg Peterson
     K. Greg Peterson, Esq., attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation


Edmund G. Brown, Jr.,
Attorney General of the State of California
Robert L. Mukai,
Senior Assistant Attorney General
Sara J. Drake,
Supervising Deputy Attorney General
Jennifer T. Henderson
Deputy Attorney General


Dated:  August 21, 2008           By: /s/ William L. Williams, Jr.
     William L. Williams, Jr.
     Deputy Attorney General
Attorneys for Defendants

/ / /

/ / /

/ / /



-3-

STIPULATION RE AMENDMENT TO
ORDER GRANTING PRELIMINARY INJUNCTION AND ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Based upon the above stipulation of the parties and for good cause shown, the Order Granting Preliminary Injunction ("Order") entered by this Court on June 30, 2008 in this action shall be and herewith is amended as provided for in the above-referenced stipulation. BGC, and any persons, entities and/or agencies acting in concert with them, are herewith and shall, from this point forward, be enjoined and restrained, in same manner set forth in the Order, from enforcing the Cease and Desist Order served on May 8, 2008, on the Boosters at its Charity Bingo location at 2929 Fulton Avenue (Suites 10 and 12), Sacramento, CA, and from attempting to confiscate, seize or interfere in any way with the use any of the 71 Quick Shot Multifunction electronic bingo gaming machines at the Boosters' above-referenced location, pending the trial of this action.

IT IS HEREBY SO ORDERED.

Date: August 22, 2008                     /s/ John A. Mendez
                                          Hon. John A. Mendez
                                          United States District Court
                                          Eastern District of California