EDMUND G. BROWN JR.
Attorney General of the State of California
ROBERT L. MUKAI, State Bar No. 54191
Senior Assistant Attorney General
SARA J. DRAKE, State Bar No. 102565
Supervising Deputy Attorney General
JENNIFER T. HENDERSON, State Bar No. 206231
Deputy Attorney General
WILLIAM L. WILLIAMS, JR., State Bar No. 99581
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3725
 Fax: (916) 327-2319
 Email: Bill.Williams@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,<br><br>Defendants.<br><br>CAPITAL BINGO, INC., a California corporation, et al.,<br><br>and<br><br>EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation,<br><br>Intervenors. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE FURTHER BRIEFING IN RELATION TO MOTION TO DISMISS**<br><br>Hearing:<br>Time:<br>Courtroom: 6<br>Judge:    Honorable John A. Mendez |

Defendants Bureau of Gambling Control and Mathew J. Campoy (Defendants) are required to file a Reply Brief in the Ninth Circuit Court of Appeals on October 7, 2008, regarding their appeal of this Court's preliminary injunction issued in this matter.  For that reason, the parties have agreed, and do hereby stipulate, to briefly extend the time in which all parties are to file the further briefing ordered by this Court on October 1, 2008—from October 8, 2008, to October 10, 2008.  This short extension of time in which to file the further briefing is necessary to ensure that Defendants have adequate time to properly brief the issue of the impact of the passage and signing into law of State Senate Bill Number 1369 on Defendants' pending motion to dismiss.

The parties respectfully request that this Court grant the extension of time as requested and stipulated.

IT IS HEREBY AGREED.

Dated: October 7, 2008

EDMUND G. BROWN JR.
Attorney General of the State of California
ROBERT L. MUKAI
Senior Assistant Attorney General
SARA J. DRAKE
Supervising Deputy Attorney General
JENNIFER T. HENDERSON
Deputy Attorney General

By  /s/ William L. Williams, Jr.
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
Attorneys for Defendants

Dated: October 7, 2008

DLA PIPER US LLP

By  /s/ Matthew G. Jacobs
MATTHEW G. JACOBS
ALEXANDER M. MEDINA
Attorney for Plaintiffs

Dated: October 7, 2008

NOSSAMAN, GUNTHER, KNOX & ELLIOTT, LLP

By  /s/ Geoffrey A. Goodman
GEOFFREY A. GOODMAN
Attorney for Intervenors

| | | |
|---|---|---|
| 1 | Dated: October 7, 2008 | LAW OFFICES OF K. GREG PETERSON |
| 2 | | /s/ K. Greg Peterson |
| 3 | | By_____ |
| 4 | | K. GREG PETERSON, Esq., attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation |

ORDER

Based upon the above stipulation of the parties and for good cause shown, the time in which the parties may file further briefing on the issue of whether State Senate Bill No. 1369 affects Defendants' motion to dismiss is extended to October 10, 2008, at 5:00 p.m.

Dated:  October 8, 2008

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE