1  MATTHEW G. JACOBS (Bar No. 122066)
   matthew.jacobs@dlapiper.com
2  ALEXANDER M. MEDINA (Bar No. 222015)
   alexander.medina@dlapiper.com
3  DLA PIPER LLP (US)
   400 Capitol Mall, Suite 2400
4  Sacramento, CA  95814-4428
   Tel:  916.930.3200
5  Fax:  916.930.3201

6  Attorneys for Plaintiffs
   VIDEO GAMING TECHNOLOGIES, INC.,
7  UNITED CEREBRAL PALSY OF GREATER
   SACRAMENTO, WIND YOUTH SERVICES,
8  ROBERT FOSS, and JOAN SEBASTIANI

9  ADDITIONAL COUNSEL LISTED ON
   FOLLOWING PAGE

10

11                       UNITED STATES DISTRICT COURT

12                       EASTERN DISTRICT OF CALIFORNIA

13

14 | VIDEO GAMING TECHNOLOGIES, INC., | CASE NO.  2:08-cv-01241-JAM-EFB
   dba VGT, Inc., a Tennessee Corporation;
15  UNITED CEREBRAL PALSY OF | STIPULATION FOR FILING OF SECOND
    GREATER SACRAMENTO, a California | AMENDED COMPLAINT
16  Non-Profit Corporation; WIND Youth
    Services, a California Non-Profit | Judge:   Hon. John A. Mendez
17  Corporation; ROBERT FOSS, an individual;
    JOAN SEBASTIANI, an individual,
18
                  Plaintiffs,
19
         v.
20
    BUREAU OF GAMBLING CONTROL, a
21  law enforcement division of the California
    Department of Justice; MATHEW J.
22  CAMPOY, in his official capacity as the
    Acting Chief of the Bureau of Gambling
23  Control,

24                Defendants.

25
    AND RELATED INTERVENORS.
26

27

28

DLA PIPER LLP(US)

WEST\21596550.1                         STIPULATION FOR FILING OF SECOND AMENDED COMPLAINT

PDF created with pdfFactory trial version www.pdffactory.com

## ADDITIONAL COUNSEL

GEORGE GIGOUNAS (Bar No. 209334)
george.gigounas@dlapiper.com
DEBORAH E. MCCRIMMON (Bar No. 229769)
deborah.mccrimmon@dlapiper.com
DLA PIPER LLP (US)
153 Townsend Street, Suite 800
San Francisco, CA 94107
Tel:  415.836.2500
Fax:  415.836.2501

HARLAN W. GOODSON (Bar No. 196740)
harlan@hgoodsonlaw.com
THE LAW OFFICE OF HARLAN W. GOODSON
1126 2nd Street, Suite 205
Sacramento, CA 95814
Tel: 916.442.1562
Fax: 916.287.9243

1  IT IS HEREBY STIPULATED, by and between plaintiffs and defendants, through their respective attorneys of record, that plaintiffs may file a Second Amended Complaint, a copy of which is attached hereto as Exhibit A.

IT IS FURTHER STIPULATED that defendants waive notice and service of the Second Amended Complaint, and that said complaint shall be deemed filed and served as of the date the Court approves this stipulation.

IT IS FURTHER STIPULATED that defendants shall have 30 days from the date the Court approves this stipulation to file a response to the Second Amended Complaint.

IT IS FURTHER STIPULATED that, by executing this stipulation, defendants do not waive their right to challenge the sufficiency of the Second Amended Complaint and/or the claims and remedies contained therein, nor do defendants waive any substantive, procedural, and/or jurisdictional defenses regarding the Second Amended Complaint itself and/or any further proceedings that may be initiated on the basis of it.

Dated: November 12, 2008

ATTORNEY GENERAL OF CALIFORNIA


By _____/s/ William L. Williams, Jr._____
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
Attorneys for Defendants

Dated: November 12, 2008

DLA PIPER LLP (US)

By _____/s/ Alexander M. Medina_____
MATTHEW G. JACOBS
ALEXANDER M. MEDINA
Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com

1  IT IS SO ORDERED.

Dated:   November 13, 2008

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com