K. Greg Peterson, Esq. (SBN: 118287)
John H. McCardle, Esq. (SBN: 155115)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:   (916) 443-3010
Facsimile:    (916) 492-2680
Email:         greg@kgregpeterson.com
                   john@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>Plaintiffs,<br><br>V.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>Defendants,<br>_____<br>AND RELATED INTERVENORS<br>_____ | Case No. 2:08-CV-01241 JAM EFB<br><br>STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT AND ORDER THEREON |

IT IS HEREBY STIPULATED, by and between Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB ("Boosters'"), and Defendants BUREAU OF GAMBLING

CONTROL("Bureau") and MATHEW J. CAMPOY ("Campoy") through their respective counsel of record, that Boosters may file a First Amended Complaint ('FAC'), a copy of which is attached hereto as Exhibit "A."

IT IS FURTHER STIPULATED that defendants Bureau and Campoy waive notice and service of the FAC, and that said FAC shall be deemed filed and served as of the date the Court approves this Stipulation.

IT IS FURTHER STIPULATED that defendants Bureau and Campoy shall have 30 days from the date the Court approves this stipulation to file a response to the First Amended Complaint.  Boosters shall affect service of the FAC on the new defendant, JOHN McGINNESS, in his official capacity as Sacramento County Sheriff, in accordance with the Local Rules of this Court.

IT IS FURTHER STIPULATED that, by executing this stipulation, defendants do not waive their right to challenge the sufficiency of the First Amended Complaint and/or the claims and remedies contained therein, nor do defendants waive any substantive, procedural, and/or jurisdictional defenses regarding the First Amended Complaint itself and/or any further proceedings that may be initiated on the basis of it.

IT IS HEREBY SO AGREED.

Dated:  November 18, 2008        LAW OFFICES OF K. GREG PETERSON

By:      /s/ K. Greg Peterson
    K. Greg Peterson, Esq., attorney for Plaintiff-Intervenor, EL CAMINO ATHLECTIC BOOSTERS CLUB, a California non-profit corporation

/ / /

/ / /

/ / /



PDF created with pdfFactory trial version www.pdffactory.com

```
                                    Edmund G. Brown, Jr.,
                                    Attorney General of the State of California
                                    Robert L. Mukai,
                                    Senior Assistant Attorney General
                                    Sara J. Drake,
                                    Supervising Deputy Attorney General
                                    Jennifer T. Henderson
                                    Deputy Attorney General


Dated:  November 18, 2008           By:      /s/ William L. Williams, Jr.
                                             William L. Williams, Jr.
                                             Deputy Attorney General
                                    Attorneys for Defendants
```

IT IS HEREBY SO ORDERED.

```
Date:   November 18, 2008           /s/ John A. Mendez
                                    Hon. John A. Mendez
                                    United States District Court
                                    Eastern District of California
```

