| | |
|---|---|
| 1 | EDMUND G. BROWN JR. |
| | Attorney General of California |
| 2 | SARA J. DRAKE |
| | Supervising Deputy Attorney General |
| 3 | WILLIAM L. WILLIAMS, JR. |
| | Deputy Attorney General |
| 4 | State Bar No. 99581 |

EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
State Bar No. 99581
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3725
  Fax: (916) 327-2319
  E-mail: Bill.Williams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,**<br><br>Defendants. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |
| **CAPITAL BINGO, INC., a California corporation, et al.,**<br><br>and<br><br>**EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation**,<br><br>Intervenors. | Date:<br>Time:<br>Courtroom: 6<br>Judge    The Honorable John A. Mendez<br>Trial Date<br>Action Filed: June 4, 2008 |

1

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**
(2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com

1  Based upon the Plaintiff Capital Bingo Inc., et al., having filed a First Amended Complaint
2  in Intervention for Declaratory and Injunctive Relief in the within action on November 12, 2008,
3  Defendants Bureau of Gambling Control and Mathew J. Campoy (Defendants), are required to
4  file responsive pleadings to the amended complaint, on or before Wednesday, November 26,
5  2008.  Per stipulations and orders of this Court, Plaintiffs Video Gaming Technologies, et al., and
6  El Camino Athletic Boosters Club have also filed amended complaints, with Defendants'
7  responses due 30 days from the date of the Court's November 13, 2008, order allowing the
8  amended complaints to be filed.  As these amended complaints raise difficult but similar issues of
9  law after the passage of California State Senate Bill 1369, Defendants need additional time to
10 appropriately respond to the new issues raised by all three of the amended complaints, and have
11 requested additional time to respond to Plaintiff Capital Bingo, et al.'s First Amended Complaint
12 in Intervention for Declaratory and Injunctive Relief up to, and including, December 15, 2008,
13 and counsel for Capital Bingo has graciously agreed to the same.  The parties to this stipulation
14 request that this Court grant the extension of time as requested and stipulated.

IT IS SO STIPULATED

Dated:  November 17 , 2008             Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General

/s/ WILLIAM L. WILLIAMS, JR.

WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
*Attorneys for Defendants*

Dated:  November 17, 2008             NOSSAMAN, GUNTHER, KNOX & ELLIOTT, LLP

/s/GEOFFREY A. GOODMAN

GEOFFREY A. GOODMAN
*Attorneys for Intervenors*

2

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**
(2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the above stipulation of the parties and for good cause shown, the time in which Defendants may file a response to Plaintiff Capital Bingo et al.'s, First Amended Complaint in Intervention for Declaratory Relief is extended to and including December 15, 2008.

Dated:  November 18, 2008

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ

SA2008302923
30593070.doc

3

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**
(2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com