EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
State Bar No. 99581
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3725
  Fax: (916) 327-2319
  E-mail: Bill.Williams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,**<br><br>Defendants.<br><br>**CAPITAL BINGO, INC., a California corporation, et al.,**<br><br>**and**<br><br>**EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation,**<br><br>Intervenors. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION AND ORDER RE: MOTION TO AMEND PRELIMINARY INJUNCTION**<br><br>**Judge:** Hon. John A. Mendez<br><br>**Date: December 17, 2008**<br>**Time: 9:00 a.m.**<br>**Dept.: 6**<br><br>**[Hearing reserved]** |

1

STIPULATION AND ORDER RE: MOTION TO AMEND PRELIMINARY INJUNCTION **(2:08-CV-01241-JAM-EFB)**

PDF created with pdfFactory trial version www.pdffactory.com

IT IS HEREBY STIPULATED, by and between plaintiffs, intervenors, and defendants Bureau of Gambling Control and Mathew J. Campoy (collectively, "Bureau"), through their respective attorneys of record, that the preliminary injunction issued on June 30, 2008, as amended on August 25, 2008, which is currently in effect in the above-entitled matter, prohibits the Bureau "from enforcing in any manner (including, but not limited to, seizing electronic bingo aids, commencing criminal prosecutions, and halting the play of charitable bingo) the cease-and-desist orders issued by the Bureau" in regard to the specific bingo establishments cited in the order granting the preliminary injunction. The parties stipulate that the prohibitory effect of the preliminary injunction order continues and shall continue to bar the Bureau, and any person and/or entity acting on behalf of it, from taking any enforcement action in relation to plaintiffs' and intervenors' electronic bingo devices at the establishments cited in the subject cease-and-desist orders, notwithstanding California Senate Bill Number 1369 ("SB 1369") becoming effective on January 1, 2009.

The parties further stipulate that the preliminary injunction shall remain in effect until such time as there is a judicial resolution of the above-entitled matter by the Court of Appeals for the Ninth Circuit or this District Court that allows the Bureau to proceed with such enforcement action. Based upon this stipulation, plaintiffs and intervenors withdraw without prejudice their Motion to Amend Preliminary Injunction in Light of Intervening Change in Law as to the Bureau only, which motion is scheduled to be heard by this Court on December 17, 2008. This stipulation does not affect any pending proceedings to enjoin the proposed enforcement of SB 1369 and/or any related ordinance by defendant John C. McGinness. The Motion to Amend shall remain on calendar as to defendant McGinness.

The parties further stipulate that if the Bureau is permitted to proceed with any enforcement action as to the electronic bingo machines at issue, plaintiffs and intervenors shall have 15 days from the date of the judicial resolution of the matter allowing the enforcement action to remove such machines from their respective places of operation before the Bureau is allowed to seize the machines.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS FURTHER STIPULATED that, by executing this stipulation, the Bureau is not waiving its position and any arguments that it may have in either the Court of Appeals or the District Court that the issuance of the preliminary injunction was in error, nor is the Bureau waiving its position and any arguments that it may have related to the impact that the enactment of SB 1369 may have on the legal validity of the District Court's issuance of the preliminary injunction.

Dated:  November 26, 2008

NOSSAMAN, GUNTHER, KNOX & ELLIOTT, LLP

/S/GEOFFREY A. GOODMAN
_____
GEOFFREY A. GOODMAN
*Attorneys for Intervenors*

Dated:  November 26, 2008

DLA PIPER LLP (US)

/S/ALEXANDER M. MEDINA
_____
ALEXANDER M. MEDINA
*Attorneys for Plaintiffs*

Dated:  November 26, 2008

LAW OFFICES OF K. GREG PETERSON

/S/K. GREG PETERSON
_____
K. GREG PETERSON
*Attorneys for Intervenors*

Dated:  November 26, 2008

EDMUND G. BROWN JR.
Attorney General
SARA J. DRAKE
Supervising Deputy Attorney General

/S/WILLIAM L. WILLIAMS, JR.
_____
WILLIAM L. WILLIAMS, JR.
DEPUTY ATTORNEY GENERAL
*Attorneys for Defendants*

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO ORDERED:

Date: December 1, 2008        /s/ John A. Mendez_____
                              Honorable John A. Mendez
                              Judge of the District Court

4

PDF created with pdfFactory trial version www.pdffactory.com