EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
State Bar No. 99581
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3725
 Fax: (916) 327-2319
 E-mail: Bill.Williams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,**<br><br>Defendants. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS** |
| **CAPITAL BINGO, INC., a California corporation, et al.,**<br><br>and<br><br>**EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation**,<br><br>Intervenors. | Date:<br>Time:<br>Courtroom: 6<br>Judge    The Honorable John A. Mendez<br>Trial Date<br>Action Filed:  June 4, 2008 |

Based upon previous stipulations between the Plaintiffs and Intervenors and the Defendants, Defendants' responsive pleadings to the three current amended complaints in this matter are currently due on December 15, 2008. As these amended complaints raise difficult but similar issues of law after the passage of California State Senate Bill 1369, and the parties have just recently filed supplemental briefs in the Court of Appeals on the effect of SB 1369 on the preliminary injunction that need to be reviewed prior to the filing of responsive pleadings, and Plaintiff Video Gaming Technologies, Inc., has filed a motion to dismiss its claims, Defendants require additional time to appropriately respond to the new issues raised by all three of the amended complaints. Additionally, Defendants' lead counsel is involved in responding to an action for a preliminary injunction that is scheduled to be heard in Los Angeles Superior Court on December 22, 2008.

IT IS THEREFORE STIPULATED that Defendants may file a response to the three current amended complaints not later than December 29, 2008; and the parties to this stipulation respectfully request that this Court grant the extension of time as requested and stipulated.

IT IS SO STIPULATED

Dated: December 10, 2008

EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General

/s/ WILLIAM L. WILLIAMS, JR.

WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
*Attorneys for Defendants*

Dated: December 10, 2008

NOSSAMAN LLP

/s/ GEOFFREY A. GOODMAN

_____
GEOFFREY A. GOODMAN
ATTORNEYS FOR INTERVENORS

2

**Stipulation and Order For Extension of Time to File Responsive Pleadings**
(2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: December 10, 2008 | | STEVENS & O'CONNELL LLP |
| | | /s/ ALEXANDER M. MEDINA |
| | | _____ |
| | | ALEXANDER M. MEDINA |
| | | Attorneys for Plaintiffs |
| Dated: December 10, 2008 | | LAW OFFICES OF K. GREG PETERSON |
| | | /s/ K. GREG PETERSON |
| | | _____ |
| | | K. GREG PETERSON |
| | | Attorneys for Intervenors |

**ORDER**

Based upon the above stipulation of the parties and for good cause shown, the time in which Defendants may file responses to the three current amended complaints of Plaintiffs Video Gaming Technology, Inc., et al., Plaintiffs-Intervenors Capital Bingo Inc., et al. and Plaintiff-Intervenor El Camino Athletic Boosters Club is extended to and including December 29, 2008.

Dated: December 11, 2008

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ

SA2008302923
30593070.doc

PDF created with pdfFactory trial version www.pdffactory.com