MATTHEW G. JACOBS (Bar No. 122066)
mgj@sojllp.com
ALEXANDER M. MEDINA (Bar No. 222015)
amm@sojllp.com
STEVENS & O'CONNELL LLP
400 Capitol Mall, Suite 1400
Sacramento, CA  95814-4498
Tel:  916-329-9111
Fax: 916-329-9110

Attorneys for Plaintiffs
VIDEO GAMING TECHNOLOGIES, INC.,
UNITED CEREBRAL PALSY OF GREATER
SACRAMENTO, WIND YOUTH SERVICES, ROBERT
FOSS, and JOAN SEBASTIANI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; and JOAN SEBASTIANI, an individual,<br><br>    Plaintiffs,<br><br>  v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control; and JOHN MCGINNESS, in his official capacity as the Sacramento County Sheriff,<br><br>    Defendants,<br><br>AND RELATED INTERVENORS. | CASE NO.  2:08-cv-01241-JAM-EFB<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF VIDEO GAMING TECHNOLOGIES, INC.'S CLAIMS WITH PREJUDICE |

1

STIPULATION FOR DISMISSAL OF VGT'S CLAIMS WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties to this action, through their respective counsel of record, that plaintiff Video Gaming Technologies, Inc.'s claims are hereby DISMISSED WITH PREJUDICE.

Dated:  December 17, 2008     STEVENS & O'CONNELL LLP

By:  /s/ Matthew G. Jacobs
MATTHEW G. JACOBS
ALEXANDER M. MEDINA
Attorneys for Plaintiffs

Dated:  December 17, 2008     EDMUND G. BROWN, JR.
Attorney General of the State of California

By:  /s/ William L. Williams, Jr.
William L. Williams, Jr.
Deputy Attorney General
Attorneys for Defendants

Dated:  December 17, 2008     LAW OFFICES OF K. GREG PETERSON

By:  /s/ K. Greg Peterson
K. GREG PETERSON
Attorneys for El Camino Athletic Boosters Club

Dated:  December 17, 2008     NOSSMAN LLP

By:  /s/ Geoffrey A. Goodman
GEOFFREY A. GOODMAN
Attorneys for Capital Bingo, Inc.

Dated:  December 17, 2008     ROBERT A. RYAN, JR., Sacramento County Counsel

By:  /s/ John E. Reed
John E. Reed, Deputy County Counsel
Attorneys for John McGinness

IT IS SO ORDERED.

PDF created with pdfFactory trial version www.pdffactory.com

1
2   Dated:  December 18, 2008
3                                                            /s/ John A. Mendez_____
                                                             Hon. John A. Mendez
4                                                            U. S. District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                            3
STIPULATION FOR DISMISSAL OF VGT'S CLAIMS WITH PREJUDICE

PDF created with pdfFactory trial version www.pdffactory.com