EDMUND G. BROWN JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR.
Deputy Attorney General
State Bar No. 99581
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-3725
  Fax: (916) 327-2319
  E-mail: Bill.Williams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,**<br><br>                  Plaintiffs,<br><br>v.<br><br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,**<br><br>                  Defendants. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION AND ORDER FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTIONS TO DISMISS CLAIMS** |
| **CAPITAL BINGO, INC., a California corporation, et al.,**<br><br>and<br><br>**EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation**,<br><br>                  Intervenors. | Date:        February 11, 2009<br>Time:       9:00 a.m.<br>Courtroom: 6<br>Judge       The Honorable John A. Mendez<br>Trial Date<br>Action Filed:  June 4, 2008 |

1

**Stipulation and Order For Continuance** (2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com

1  Currently, Defendants' motions to dismiss the three amended complaints of Plaintiffs
2  United Cerebral Palsy of Greater Sacramento, WIND Youth Services, Robert Foss, and Joan
3  Sebastiani; Intervenors Capital Bingo, Inc., Haggin Grant Post No. 521, the American Legion,
4  Department of California, Casa Robles High School Ramsmen, Inc., and Mary Brown; and
5  Intervenor El Camino Athletic Boosters Club, LLC, are set to be heard before this Court on
6  February 11, 2009, at 9:00 a.m.  On January 6, 2009, the docket of the Ninth Circuit Court of
7  Appeals reflected that the pending appeal from the issuance of the preliminary injunction in the
8  within matter was set for oral argument on March 10, 2009, and this was telephonically
9  confirmed with the Ninth Circuit Clerk.  As the decision on the appeal may be dispositive of
10 some or all of the issues raised in the motions to dismiss, and will, in any event, be of assistance
11 to this Court and the parties in addressing the issues raised in the pending motions to dismiss, the
12 parties have agreed that a continuance of the hearing on the three motions to dismiss until a
13 reasonable time after completion of oral argument on the appeal will serve the purposes of
14 judicial economy in the prosecution and defense of this case.

15 IT IS THEREFORE STIPULATED that the hearing on the above-referenced three motions
16 to dismiss be continued to April 22, 2009, at 9:00 a.m.

17 IT IS SO STIPULATED.

18 Dated:  January 15, 2009                    EDMUND G. BROWN JR.
                                                Attorney General of California
19                                              SARA J. DRAKE
                                                Supervising Deputy Attorney General
20
                                                /s/ WILLIAM L. WILLIAMS, JR.
21
                                                WILLIAM L. WILLIAMS, JR.
22                                              Deputy Attorney General
                                                Attorneys for Defendants
23

24 Dated:  January 15, 2009                    NOSSAMAN LLP

25                                              /s/ GEOFFREY A. GOODMAN

26
                                                GEOFFREY A. GOODMAN
27                                              Attorneys for Intervenors

28

2

**Stipulation and Order For Continuance** (2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: January 15, 2009 | STEVENS & O'CONNELL LLP |
| 2 | | /s/ ALEXANDER M. MEDINA |
| 3 | | ALEXANDER M. MEDINA |
| 4 | | Attorneys for Plaintiffs |
| 5 | Dated: January 15, 2009 | LAW OFFICES OF K. GREG PETERSON |
| 6 | | /s/ K. GREG PETERSON |
| 7 | | K. GREG PETERSON |
| 8 | | Attorneys for Intervenors |

ORDER

Based upon the above stipulation of the parties and for good cause shown, the hearing on Defendants' three motions to dismiss the claims in the within action is continued to April 22, 2009, at 9:00 a.m.

Dated: January 16, 2009

/s/ John A. Mendez

HONORABLE JOHN A. MENDEZ

SA2008302923
30593070.doc

3

**Stipulation and Order For Continuance** (2:08-CV-01241-FCD-EFB)

PDF created with pdfFactory trial version www.pdffactory.com