1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  VIDEO GAMING TECHNOLOGIES, dba    ) Case No.: 2:08-CV-01241 JAM-EFB
    VGT, INC., a Tennessee Corporation,)
11  et al.,                            )
                 Plaintiffs,           )
12                                     )          RELATED CASE ORDER
         v.                            )
13                                     )
    BUREAU OF GAMBLING CONTROL, a law  )
14  enforcement division of the        )
    California Department of Justice,  )
15  et al.,                            )
                 Defendants.           )
16  _____    )
    UNITED CEREBRAL PALSY OF GREATER   )
17  SACRAMENTO                         ) Case No.: 2:09-CV-00555 MCE-JFM
                 Plaintiff,            )
18                                     )
         v.                            )
19                                     )
    VIDEO GAMING TECHNOLOGIES, INC.,   )
20                                     )
                 Defendant.            )
21  _____    )

22       Examination of the above-entitled actions reveals that
23  these actions are related within the meaning of E.D. Cal. Local
24  Rule 83-123.  Accordingly, the assignment of the matters to the
25  same judge and magistrate judge is likely to affect a substantial
26  savings of judicial effort and is also likely to be convenient for
27  the parties.
28       The parties should be aware that relating the cases under

1

PDF created with pdfFactory trial version www.pdffactory.com

1  Local Rule 83-123 merely has the result that these actions are
2  assigned to the same judge and magistrate judge; no consolidation
3  of the actions is effected.  Under the regular practice of this
4  court, related case are generally assigned to the judge and
5  magistrate judge to whom the first filed action was assigned.
6      IT IS THEREFORE ORDERED that the action denominated CIV. NO.
7  2:09-CV-00555-MCE-JFM be reassigned to Judge John A. Mendez and
8  Magistrate Judge Edmund F. Brennan for all further proceedings, and
9  any dates currently set in this reassigned case _only_ are hereby
10 VACATED.  Henceforth, the caption on documents filed in the
11 reassigned case shall be shown as CIV. NO. 2:09-CV-0555-JAM-EFB.
12     IT IS FURTHER ORDERED that the Clerk of the Court make
13 appropriate adjustment in the assignment of civil cases to
14 compensate for this reassignment.

16 IT IS SO ORDERED.

18 Dated: February 27, 2009          /s/ John A. Mendez_____
                                     JOHN A. MENDEZ
                                     UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com