MATTHEW G. JACOBS (Bar No. 122066)
mgj@sojllp.com
ALEXANDER M. MEDINA (Bar No. 222015)
amm@sojllp.com
STEVENS, O'CONNELL & JACOBS LLP
400 Capitol Mall, Suite 1400
Sacramento, CA 95814-4498
Tel: 916-329-9111
Fax: 916-329-9110

Attorneys for Plaintiffs
UNITED CEREBRAL PALSY OF GREATER
SACRAMENTO, WIND YOUTH SERVICES,
ROBERT FOSS, and JOAN SEBASTIANI

**FILED**

MAR 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice, et al.,<br><br>Defendants. | CASE NO. 2:08-CV-01241-JAM-EFB<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF JOAN SEBASTIANI'S CLAIMS WITH PREJUDICE |
| AND RELATED INTERVENORS. | |
| UNITED CEREBRAL PALSY OF GREATER SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>VIDEO GAMING TECHNOLOGIES, INC.,<br><br>Defendant. | CASE NO. 2:09-CV-00555 MCE-JFM |

1

STIPULATION FOR DISMISSAL OF JOAN SEBASTIANI'S CLAIMS WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated by and between the parties to this action, through their respective counsel of record, that plaintiff Joan Sebastiani's claims are hereby DISMISSED WITH PREJUDICE.

Dated: February 27, 2009　　　　　STEVENS, O'CONNELL & JACOBS LLP

By: /s/ Alexander M. Medina
　　MATTHEW G. JACOBS
　　ALEXANDER M. MEDINA
　　Attorneys for Plaintiffs

Dated: February 27, 2009　　　　　EDMUND G. BROWN, JR.
　　　　　　　　　　　　　　　　　Attorney General of the State of California

By: /s/ William L. Williams, Jr.
　　William L. Williams, Jr.
　　Deputy Attorney General
　　Attorneys for Defendants Bureau of Gambling Control and Mathew J. Campoy

Dated: February 27, 2009　　　　　LAW OFFICES OF K. GREG PETERSON

By: /s/ K. Greg Peterson
　　K. GREG PETERSON
　　Attorneys for Intervenor El Camino Athletic Boosters Club

Dated: February 27, 2009　　　　　NOSSMAN LLP

By: /s/ Geoffrey A. Goodman
　　GEOFFREY A. GOODMAN
　　Attorneys for Intervenors Capital Bingo, Inc. *et al.*

Dated: February 27, 2009　　　　　ROBERT A. RYAN, JR., Sacramento County Counsel

By: /s/ John E. Reed
　　John E. Reed, Deputy County Counsel
　　Attorneys for Defendant John McGinness

STIPULATION FOR DISMISSAL OF JOAN SEBASTIANI'S CLAIMS WITH PREJUDICE

IT IS SO ORDERED.

Dated: 3-2 , 2009

_____
Hon. John A. Mendez
United States District Judge