Nossaman LLP
Robert McWhorter (SBN 226186)
Sophie-Nicole Froelich (SBN 213194)
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382
Email:  ggoodman@nossaman.com

Attorneys for Plaintiffs and Intervenors
(other than El Camino Boosters)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>    Plaintiff,<br><br>  vs.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>    Defendant.<br><br>and<br><br>CAPITAL BINGO, INC., a California Corporation; HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION DEPARTMENT OF CALIFORNIA, a California Non-Profit Corporation; CASA ROBLE HIGH SCHOOL RAMSEMEN, INC., a California Non-Profit Corporation; MARY BROWN, an individual,<br><br>    Intervenors | Case No:   2:08-CV-01241 JAM EFB<br><br>**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER**<br><br>ASSIGNED FOR ALL PURPOSES TO: HON. JOHN A. MENDEZ |

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES

WHEREAS, on October 6, 2008, the Court entered the current Status (Pre-trial Scheduling) Order ("Scheduling Order").  Among other things, the Scheduling Order provided that disclosure of expert witnesses shall be made by July 10, 2009, and disclosure of rebuttal experts shall be made by July 17, 2009.  The Scheduling Order also provided that discovery shall be completed by September 17, 2009;

WHEREAS, on April 14, 2009, the Court granted Plaintiffs' United Cerebral Palsy of Greater Sacramento, WIND Youth Services, Robert Foss's and Plaintiff/Intervenors' Capital Bingo, Inc., Haggin Grant Post No. 521, The American Legion, Department of California, Mary Brown, and El Camino Athletic Boosters Club ("Plaintiffs") Motion for a Preliminary Injunction, and on May 7, 2009 the Court entered its preliminary injunction restraining and enjoining Defendants Bureau of Gambling Control, Matthew J. Campoy, and John McGinness ("Defendants") from taking enforcement actions against Plaintiff;

WHEREAS, on May 26, 2009, Defendant Bureau of Gambling Control filed its Notice of Appeal;

WHEREAS, on June 3, Defendant John McGuiness filed his Notice of Appeal;

WHEREAS, on July 1, 2009, Defendants filed their opening brief in the Ninth Circuit Court of Appeal, and Plaintiffs have to file their opposition brief on July 29, 2009;

WHEREAS, and for good cause appearing, the parties hereby stipulate that:

1.   Given the time and attention the parties must devote to the appellate proceedings, the parties agree that an extension of 30 days' time from the time set forth in the Scheduling Order to disclose expert witnesses is necessary, from July 10, 2009 to August 10, 2009; and

2.   The parties hereto further agree that an extension of 30 days time to disclose rebuttal experts shall also be made, from July 17, 2009 to August 17, 2009, for the same reasons.

PDF created with pdfFactory trial version www.pdffactory.com

IT IS SO STIPULATED:

Dated:  July 1, 2009                    Nossaman LLP

                                        By:   /s/ Robert McWhorter
                                                 Robert McWhorter
                                        Attorneys for Plaintiffs and Intervenors
                                        UNITED CEREBRAL PALSY OF GREATER
                                        SACRAMENTO, a California Non-Profit Corporation;
                                        WIND Youth Services, a California Non-Profit
                                        Corporation; ROBERT FOSS, an individual; and
                                        CAPITAL BINGO, INC., a California Corporation;
                                        HAGGIN GRANT POST NO. 521, THE AMERICAN
                                        LEGION DEPARTMENT OF CALIFORNIA, a
                                        California Non-Profit Corporation; CASA ROBLE
                                        HIGH SCHOOL RAMSEMEN, INC., a California
                                        Non-Profit Corporation; MARY BROWN, an individual,

Dated:  July 1, 2009                    Law Office of K. Greg Peterson

                                        By:        /s/    K. Greg Peterson
                                                  Kenneth Gregory Peterson
                                        Attorneys for Intervenor Plaintiff
                                        El Camino Athletic Booster Club

Dated:  July 1, 2009                    Office of the Attorney General

                                        By:          /s/    William L. Williams
                                                       William L. Williams, Jr.
                                        Attorneys for Defendant
                                        Bureau of Gambling Control

Dated: July 1, 2009                     Sacramento County Counsel's Office

                                        By:          /s/ John Reed
                                                      John Edward Reed
                                        Attorneys for Defendant
                                        John McGinness

PDF created with pdfFactory trial version www.pdffactory.com

**Order**

Based on the above stipulation and for good cause shown, the time in which the parties may serve their disclosures of expert witness information in accordance with this Court's Scheduling Order is hereby extended as follows:

1. The time by which all parties must make their expert witness disclosures under Fed R. Civ. P. 26(a)(2) is extended from July 10, 2009 to August 10, 2009; and

2. The time by which supplemental disclosure and disclosure of any rebuttal experts under Fed. R. Civ. P. 26(a)(2)(c) by any parties must be completed is extended from July 17, 2009 to August 17, 2009.

IT IS SO ORDERED.

Dated: July 6, 2009            /s/ John A. Mendez
                               HON. JOHN A. MENDEZ
                               U.S. District Court Judge