EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SARA J. DRAKE, State Bar No. 102565
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR., State Bar No. 99581
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3725
 Fax: (916) 322-5609
 E-mail: bill.williams@doj.ca.gov
*Attorneys for Defendants Bureau of Gambling Control and Matthew Campoy*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,**<br>          Plaintiffs-Appellees,<br>     v.<br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,**<br>          Defendants-Appellants. | 2:08-CV-01241-JAM-EFB<br><br>**STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER**<br><br>**ASSIGNED FOR ALL PURPOSES TO: HONORABLE JOHN A. MENDEZ** |
| **CAPITAL BINGO, INC., a California corporation, HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, a California nonprofit corporation, CASA ROBLE HIGH SCHOOL RAMSMEN, INCL., a California nonprofit corporation; and MARY BROWN, an individual,**<br>          Intervenor. | Courtroom:  6<br>Trial Date    January 25, 2010<br>Action Filed:   June 4, 2008 |

1

WHEREAS, on October 6, 2008, the Court entered the current Status (Pre-trial Scheduling) Order ("Scheduling Order"). Among other things, the Scheduling Order provided that disclosure of expert witnesses shall be made by July 10, 2009, and disclosure of rebuttal experts shall be made by July 17, 2009. The Scheduling Order also provided that discovery shall be completed by September 17, 2009;

WHEREAS, on April 14, 2009, the Court granted the Motion for a Preliminary Injunction filed by Plaintiffs United Cerebral Palsy of Greater Sacramento, WIND Youth Services, Robert Foss's and Plaintiff/Intervenors' Capital Bingo, Inc., Haggin Grant Post No. 521, The American Legion, Department of California, Mary Brown, and El Camino Athletic Boosters Club ("Plaintiffs") Motion for a Preliminary Injunction, and on May 7, 2009, the Court entered its preliminary injunction restraining and enjoining Defendants Bureau of Gambling Control, Matthew J. Campoy, and John McGinness ("Defendants") from taking enforcement actions against Plaintiff;

WHEREAS, on May 26, 2009, Defendant Bureau of Gambling Control filed its Notice of Appeal;

WHEREAS, on June 3, 2009, Defendant John McGuiness filed his Notice of Appeal;

WHEREAS, on July 1, 2009, Defendants filed their opening briefs in the Ninth Circuit Court of Appeal;

WHEREAS, on July 6, 2009, the parties entered into a stipulation to extend the time in which to disclose experts and rebuttal experts to August 10, 2009, and August 17, 2009, respectively;

WHEREAS, on July 29, 2009, Plaintiff/Appellees and Intervenors filed their two answering briefs of approximately 50 pages each in the Ninth Circuit Court of Appeals;

WHEREAS, Defendants/Appellants' Reply Briefs are due to be filed in the Ninth Circuit Court of Appeals on August 12, 2009;

WHEREAS, the parties have scheduled a teleconference for August 17, 2009, to discuss discovery and possible stipulations;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, and for good cause appearing, the parties hereby stipulate that:

1. Given the time and attention Defendants/Appellants must devote to the appellate proceedings with Appellants' reply briefs due on August 12, 2009, the parties agree that a further extension of seven (7) days' time from the currently scheduled time to disclose expert witnesses is necessary, from August 10 to August 17, 2009; and

2. The parties hereto further agree that an extension of seven (7), days time to disclose rebuttal experts shall also be made, from August 17, 2009 to August 24, 2009, for the same reasons.

IT IS SO STIPULATED:

Dated: August 7, 2009

OFFICE OF THE ATTORNEY GENERAL JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General

/s/ WILLIAM L. WILLIAMS, JR.
BY:_____
    WILLIAM L. WILLIAMS, JR.
    Deputy Attorney General

ATTORNEYS FOR DEFENDANTS BUREAU OF GAMBLING CONTROL AND MATHEW CAMPOY

Dated: August 7, 2009

NOSSAMAN LLP

/s/ SOPHIE-NICOLE FROELICH
BY:_____
    SOPHIE-NICOLE FROELICH

ATTORNEYS FOR PLAINTIFFS AND INTERVENORS UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, A CALIFORNIA NON-PROFIT CORPORATION; WIND YOUTH SERVICES, A CALIFORNIA NON-PROFIT CORPORATION; ROBERT FOSS, AN INDIVIDUAL; AND CAPITAL BINGO, INC., A CALIFORNIA CORPORATION; HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION DEPARTMENT OF CALIFORNIA, A CALIFORNIA NON-PROFIT CORPORATION; CASA ROBLE HIGH SCHOOL RAMSEMEN, INC., A CALIFORNIA NON-PROFIT CORPORATION; MARY BROWN, AN INDIVIDUAL

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: August 7, 2009 | LAW OFFICE OF K. GREG PETERSON |
| 2 | | /s/ KENNETH GREGORY PETERSON. |
| 3 | | BY:_____ |
| 4 | |       KENNETH GREGORY PETERSON |
| 5 | | ATTORNEYS FOR INTERVENOR PLAINTIFFS EL CAMINO ATHLETIC BOOSTER CLUB |
| 7 | Dated: August 7, 2009 | SACRAMENTO COUNTY COUNSEL'S OFFICE |
| 8 | | /s/ JOHN EDWARD REED |
| 9 | | BY:_____ |
| 10 | |       JOHN EDWARD REED |
| 11 | | ATTORNEYS FOR DEFENDANT JOHN MCGINNISS |

SA2008302923
30835281.doc

ORDER

Based on the above stipulation and for good cause shown, the time in which the parties may serve their disclosures of expert witness information in accordance with this Court's Scheduling Order is hereby extended as follows:

1. The time by which all parties must make their expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2) is extended from August 10, 2009 to August 17, 2009; and

2. The time by which supplemental disclosure and disclosure of any rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) by any parties must be completed is extended from August 17, 2009 to August 24, 2009.

IT IS SO ORDERED.

Dated:  August 10, 2009                          /s/ John A. Mendez_____
                                                 HONORABLE JOHN A. MENDEZ
                                                 U.S. District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com