1  ROBERT A. RYAN, JR., County Counsel
   JOHN E. REED
2  [State Bar 178142]
   COUNTY OF SACRAMENTO
3  700 H Street, Suite 2650
   Sacramento, California  95814
4  Telephone:  (916) 874-5544
   Facsimile:  (916) 874-8207
5  File No.: 162.05A

6  Attorneys for defendant John McGinness

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES INC., dba VGT Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; and JOAN SEBASTIANI an individual,<br><br>    Plaintiff(s)<br><br>vs.<br><br>BUREAU OF GAMBLING CONTROL, a Law Enforcement Division of the California Department of Justice; MATHEW J. CAMPOY, in his Official Capacity As the Acting Chief of the Bureau of Gambling Control; and JOHN MCGINNESS, in His Official Capacity as the Sacramento County Sheriff,<br><br>    Defendants(s). | CASE NO.08-CV-01241-JAM-EFB<br><br>STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER<br><br><br>ASSIGNED FOR ALL PURPOSES TO:<br>HONORABLE JOHN A. MENDEZ<br><br><br><br><br><br>Courtroom: 6<br>Trail Date: January 25, 2010<br>Action Filed: June 4, 2008 |
| CAPITAL BINGO, INC., a California Corporation, HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, a California nonprofit corporation, CASA ROBLE HIGH SCHOOL RAMSMEN; INCL., a California nonprofit corporation; And MARY BROWN, an individual,<br><br>    Intervenor. | |

-1-

STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, on October 6, 2008, the Court entered the current Status (Pre-trial Scheduling) Order ("Scheduling Order"). Among other things, the Scheduling Order provided that disclosure of expert witnesses shall be made by July 10, 2009, and disclosure of rebuttal experts shall be made by July 17, 2009. The Scheduling Order also provided that discovery shall be completed by September 17, 2009;

WHEARAS, on April 14, 2009, the Court granted the Motion for Preliminary Injunction filed by Plaintiffs United Cerebral Palsy of Greater Sacramento, WIND Youth Services, Robert Foss's and Plaintiff/Intervenors' Capital Bingo, Inc. Haggin Grant Post No. 521, the American Legion, department of California, Mary Brown, and El Camino Athletic Boosters Club ("Plaintiffs") Motion for Preliminary Injunction, and on May 7, 2009, the Court entered its preliminary injunction restraining and enjoining Defendants Bureau of Gambling Control, Matthew J. Campoy, and John McGinness ("Defendants") from taking enforcement actions against Plaintiffs;

WHEREAS, on May 26, 2009, Defendant Bureau of Gambling Control filed its Notice of Appeal;

WHEREAS, on June 3, 2009, Defendant John McGuiness filed his Notice of Appeal;

WHEREAS, on July 1, 2009, Defendants filed their opening briefs in the Ninth Circuit Court of Appeal;

WHEREAS, on July 6, 2009, the parties entered into a stipulation to extend the time in which to disclose experts and rebuttal experts to August 10, 2009, and August 17, 2009, respectively;

WHEREAS on August 7, 2009, the parties entered into a stipulation to extend time in which to disclose expert and rebuttal witnesses to August 17, 2009 and August 24, 2009 respectively;

WHEREAS, on July 29, 2009, Plaintiff/Appellees and Intervenors filed their two answering briefs of approximately 50 pages each in the Ninth Circuit Court of Appeals;

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on August 12, 2009 Defendants/Appellants' filed their Reply Briefs
2  in the Ninth Circuit Court of Appeal;
3  WHEREAS, the parties have scheduled a teleconference for August 17, 2009, to
4  discuss discovery and possible stipulations;
5  WHEREAS, the proposed expert witness retained by defendant McGinness has
6  identified further potential additional areas of investigation for completion of her
7  assessment;
8  WHEREAS, the proposed expert witness retained by defendant McGinness is
9  scheduled for an out of town deposition in an unrelated matter that will prohibit
10  completion of her report by August 17, 2009;
11  WHEREAS, and for good cause appearing, the parties hereby stipulate that:
12  1.  Given the time and attention Defendants/Appellants devoted to the
13  appellate proceedings with Appellants' reply briefs filed on August 12, 2009 and the need
14  for one expert to complete her report, the parties agree that a further extension of seven
15  (7) days' time form the currently scheduled time to disclose expert witnesses is
16  necessary, from August 17 to August 24, 2009; and
17  2.  The parties hereto further agree that an extension of seven (7), days time to
18  disclose rebuttal experts shall also be made, from August 24, 2009 to August 31, 2009,
19  for the same reasons.
20  IT IS SO STIPULATED:
21  Dated: August 14, 2009          Respectfully submitted,

ROBERT A. RYAN, JR., County Counsel
Sacramento County, California

 /s/ JOHN E. REED
BY: _____
   JOHN E. REED
   Deputy County Counsel

ATTORNEY FOR DEFENDANT JOHN McGINNISS

-3-
STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: August 14, 2009 | | NOSSAMAN LLP |

/s/ SOPHIE-NICOLE FROELICH
BY_____
　　　SOPHIE-NICOLE FROELICH

ATTORNEYS FOR PLAINTIFFS AND INTERVENORS UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, A CALIFORNIA NON-PROFIT CORPORATION; WIND YOUTH SERVICES, A CALIFORNIA NON-PROFIT CORPORATION; ROBERT FOSS, AN INDIVIDUAL; AND CAPITAL BINGO, INC., A CALIFORNIA CORPORATION; HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION DEPARTMENT OF CALIFORNIA, A CALIFORNIA NON-PROFIT CORPORATION; CASA ROBLE HIGH SCHOOL RAMSEMEN, INC., A CALIFORNIA NON-PROFIT CORPORATION; MARY BROWN, AN INDIVIDUAL

Dated: August 14, 2009　　　　LAW OFFICE OF K. GREG PETERSON

/s/ KENNETH GREGORY PETERSON.
BY:_____
　　　KENNETH GREGORY PETERSON

ATTORNEYS FOR INTERVENOR PLAINTIFFS EL CAMINO ATHLETIC BOOSTER CLUB

Dated: August 14, 2009　　　　OFFICE OF THE ATTORNEY GENERAL JR.
　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　SARA J. DRAKE
　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

/s/ WILLIAM L. WILLIAMS, JR.
BY:_____
　　WILLIAM L. WILLIAMS, JR.
　　Deputy Attorney General

ATTORNEYS FOR DEFENDANTS BUREAU OF GAMBLING CONTROL AND MATHEW CAMPOY

-4-

STIPULATION TO EXTEND TIME TO DISCLOSE EXPERT WITNESSES AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based on the above stipulation and for good cause shown, the time in which the parties may serve their disclosures of expert witness information in accordance with this Court's Scheduling Order is hereby extended as follows:

1. The time by which all parties must make their expert witness disclosures under Federal Rule of Civil Procedure 26(a)(2) is extended from August 17, 2009 to August 24, 2009; and

2. The time by which supplemental disclosure and disclosure of any rebuttal experts under Federal Rule of Civil Procedure 26(a)(2)(c) by any parties must be completed is extended from August 24, 2009 to August 31, 2009.

IT IS SO ORDERED.

Dated: August 17, 2009          /s/ John A. Mendez_____
                                HONORABLE JOHN A. MENDEZ
                                U.S. District Court Judge

w:\litigate\bingo compliance\2008\vgt v. agt~304.08a\stipulationtoextendtime.doc

PDF created with pdfFactory trial version www.pdffactory.com