K. Greg Peterson, Esq. (SBN: 118287)
John H. McCardle, Esq. (SBN: 155115)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:  (916) 443-3010
Facsimile:  (916) 492-2680
Email:      greg@kgregpeterson.com
            john@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>  Plaintiffs,<br><br>V.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>  Defendants, | Case No. 2:08-CV-01241 JAM EFB<br><br>AMENDED STIPULATION AND ORDER EXTENDING TIME UNDER SCHEDULING ORDER |

Due to the appeal that is now pending before the 9th Circuit Court of Appeals in the matter of *Video Gaming Technologies, Inc. v. Bureau of Gambling Control, et al.*, USCA Case No. 09-16092, and because the appeal has the potential of being case dispositive for the Plaintiffs/Intervenors, the parties to this action hereby

-1-

AMENDED STIPULATION AND ORDER EXTENDING TIME UNDER SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

stipulate to extending certain deadlines and dates under this Court's Scheduling Order entered on or about October 7, 2008, as follows:

- Last day to complete discovery - January 22, 2010;
- Last day for filing of dispositive motions - March 10, 2010;
- Last day for hearing of dispositive motions - April 7, 2010 (to be heard at 9:00 a.m.);
- Joint Pretrial Statement due May 14, 2010;
- Pre-Trial Conference - May 21, 2010 @ 3:00 p.m.; and
- Trial Date - August 23, 2010 @ 9:00 a.m.

IT IS HEREBY SO AGREED.

Dated:  August 28, 2009          LAW OFFICES OF K. GREG PETERSON


                                 By: /s/ K. Greg Peterson
                                     K. Greg Peterson, Esq., attorney for
                                 Plaintiff-Intervenor, EL CAMINO ATHLECTIC
                                 BOOSTERS CLUB

Dated:  August 28, 2009          ATTORNEY GENERAL OF CALIFORNIA


                                 By: /s/ William L. Williams, Jr.
                                     William L. Williams, Jr., Esq., attorney for
                                 Defendants, BUREAU OF GAMBLING
                                 CONTROL and MATHEW J. CAMPOY

Dated:  August 28, 2009          COUNTY OF SACRAMENTO


                                 By: /s/ John Reed, Esq.
                                     John Reed, Esq., attorney for Defendant,
                                 JOHN McGUINESS



-2-

AMENDED STIPULATION AND ORDER EXTENDING TIME UNDER SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 28, 2009               NOSSAMAN, LLP

                                     By: /s/ Sophie N. Froelich, Esq.
                                         Sophie N. Froelich, Esq., attorney for Plaintiffs, UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, WIND YOUTH SERVICES, ROBERT FOSS, JOAN SEBASTIANI, and Plaintiffs/Intervenors, CAPITAL BINGO, INC., HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION, DEPARTMENT OF CALIFORNIA, CASA ROBLE HIGH SCHOOL RAMSEMEN, INC. and MARY BROWN

## ORDER

Based upon the stipulation of the parties and for good cause shown, the Court orders that the deadlines/dates under the Scheduling Order dated October 7, 2008, below are to be extended as follows:

- Last day to complete discovery - January 22, 2010;
- Last day for filing of dispositive motions - March 10, 2010;
- Last day for hearing of dispositive motions - April 7, 2010 (to be heard at 9:00 a.m.);
- Joint Pretrial Statement due May 14, 2010;
- Pre-Trial Conference - May 21, 2010 @ 3:00 p.m.; and
- Trial Date - August 23, 2010 @ 9:00 a.m.

IT IS HEREBY SO ORDRED.

Dated: August 31, 2009               /s/ John A. Mendez
                                     HON. JOHN A. MENDEZ
                                     United State District Court Judge



-3-
AMENDED STIPULATION AND ORDER EXTENDING TIME UNDER SCHEDULING ORDER

PDF created with pdfFactory trial version www.pdffactory.com