EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
SARA J. DRAKE, State Bar No. 102565
Supervising Deputy Attorney General
WILLIAM L. WILLIAMS, JR., State Bar No. 99581
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-3725
 Fax: (916) 327-2319
 E-mail: Bill.Williams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VIDEO GAMING TECHNOLOGIES, INC., dba VGT, Inc., a Tennessee Corporation, et al.,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control; and JOHN MCGINNESS, in His Official Capacity as the Sacramento County Sheriff,**<br><br>                              Defendants.<br><br>**AND RELATED INTERVENORS**. | **2:08-CV-01241-JAM-EFB**<br><br>**STIPULATION AND ORDER EXTENDING TIME UNDER SCHEDULING ORDER**<br><br><br>**ASSIGNED FOR ALL PURPOSES TO: HONORABLE JOHN A. MENDEZ**<br><br><br>Courtroom: 6<br>Judge      The Honorable John A. Mendez<br>Trial Date  August 23, 2010<br><br>Action Filed: June 4, 2008 |

1

**Stipulation And Order Extending Time Under Scheduling Order (2:08-CV-01241-JAM-EFB)**

PDF created with pdfFactory trial version www.pdffactory.com

Due to the appeal that is now pending before the Ninth Circuit Court of Appeals in the matter of *Video Gaming Technologies v. Bureau of Gambling Control,* et al., (USCA Case No. 09-16092), and because the appeal has the potential to dispose of this case, the parties to this action on August 31, 2009, stipulated to extending certain deadlines and benchmark dates under this Court's Scheduling Order entered on or about October 7, 2008.  Thereafter, counsel for defendants Bureau of Gambling Control and Mathew Campoy was made aware of significant family obligations that conflicted with the August 23, 2010 trial date, and all counsel became aware that the other various benchmark dates and deadlines had not been commensurately set out in light of the new trial date to allow for the full practical benefits of the new trial date. Therefore, the parties stipulate as follows:

- Last day to complete discovery – March 29, 2010;
- Last day for filing of dispositive motions – May 19, 2010;
- Last day for hearing of dispositive motions – June 16, 2010 (to be heard at 9:00 a.m.);
- Joint Pretrial Statement due July 7, 2010;
- Pre-Trial Conference – July 14, 2010 at 3:00 p.m.; and
- Trial Date – August 30, 2010 at 9:00 a.m.
- All other terms and conditions of the October 7, 2008 scheduling order will remain in effect.

Dated:  September 11, 2009

OFFICE OF THE ATTORNEY GENERAL JR.
Attorney General of California
SARA J. DRAKE
Supervising Deputy Attorney General

/s/ WILLIAM L. WILLIAMS, JR.

BY: _____
    WILLIAM L. WILLIAMS, JR.
    Deputy Attorney General

ATTORNEYS FOR DEFENDANTS BUREAU OF GAMBLING CONTROL AND MATHEW CAMPOY

2

**Stipulation And Order Extending Time Under Scheduling Order (2:08-CV-01241-JAM-EFB)**

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  September 11, 2009 | SACRAMENTO COUNTY COUNSEL'S OFFICE |
| | /s/ JOHN EDWARD REED |
| | BY:_____ |
| |       JOHN EDWARD REED |
| | ATTORNEYS FOR DEFENDANT JOHN MCGINNISS |
| Dated:  September 11, 2009 | NOSSAMAN LLP |
| | /s/ SOPHIE-NICOLE FROELICH |
| | BY:_____ |
| |       SOPHIE-NICOLE FROELICH |
| | ATTORNEYS FOR PLAINTIFFS AND INTERVENORS UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, A CALIFORNIA NON-PROFIT CORPORATION; WIND YOUTH SERVICES, A CALIFORNIA NON-PROFIT CORPORATION; ROBERT FOSS, AN INDIVIDUAL; AND CAPITAL BINGO, INC., A CALIFORNIA CORPORATION; HAGGIN GRANT POST NO. 521, THE AMERICAN LEGION DEPARTMENT OF CALIFORNIA,  A CALIFORNIA NON-PROFIT CORPORATION; CASA ROBLE HIGH SCHOOL RAMSEMEN, INC., A CALIFORNIA NON-PROFIT CORPORATION; MARY BROWN, AN INDIVIDUAL |
| Dated:  September 11, 2009 | LAW OFFICE OF K. GREG PETERSON |
| | /s/ KENNETH GREGORY PETERSON. |
| | BY:_____ |
| |       KENNETH GREGORY PETERSON |
| | ATTORNEYS FOR INTERVENOR PLAINTIFFS EL CAMINO ATHLETIC BOOSTER CLUB |

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Based upon the stipulation of the parties and for good cause shown, the Court orders that the deadlines/dates under the Scheduling Order dated October 7, 2008, as amended by the order of this Court on August 31, 2009, are to be extended as follows:

- Last day to complete discovery – March 29, 2010;
- Last day for filing of dispositive motions – May 19, 2010;
- Last day for hearing of dispositive motions – June 16, 2010 (to be heard at 9:00 a.m.);
- Joint Pretrial Statement due July 7, 2010;
- Pre-Trial Conference – July 14, 2010 at 3:00 p.m.; and
- Trial Date – August 30, 2010 at 9:00 a.m.
- All other terms and conditions of the October 7, 2008 scheduling order will remain in effect.

**IT IS SO ORDERED.**

Dated:  September 11, 2009            /s/ John A. Mendez
                                      HON. JOHN A. MENDEZ
                                      United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com