K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:    (916) 443-3010
Facsimile:    (916) 492-2680
Email:        greg@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California non-profit corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual,<br><br>    Plaintiffs,<br><br>V.<br><br>BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control,<br><br>    Defendants,<br><br>AND RELATED INTERVENORS | Case No. 2:08-CV-01241 JAM EFB<br><br>STIPULATION AND ORDER RE DISMISSAL OF ACTION |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff-Intervenors EL CAMINO ATHLETIC BOOSTERS

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

PDF created with pdfFactory trial version www.pdffactory.com

CLUB, CAPITAL BINGO, INC., HAGGIN GRANT POST NO. 21, THE AMERICAN LEGION OF CALIFORNIA, CASA ROBLE HIGH SCHOOL RAMSMEN, INC., and MARY BROWN, Plaintiffs UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, WIND YOUTH SERVICES and ROBERT FOSS, and Defendants BUREAU OF GAMBLING CONTROL, JACOB APPELSMITH, MATHEW J. CAMPOY and JOHN McGINNESS, by and through their respective counsel of record, that the entire above-captioned action is dismissed with prejudice in accordance with the terms of the written settlement agreement entered into between the parties.

IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees and costs incurred in this action.

IT IS HEREBY SO AGREED.

Dated: February 22, 2010          LAW OFFICES OF K. GREG PETERSON

                                  By:   /s/ K. Greg Peterson
                                        K. Greg Peterson, Esq., attorney for
                                        Plaintiff-Intervenor, EL CAMINO ATHLETIC
                                        BOOSTERS CLUB, a California non-profit
                                        corporation

Dated: February 22, 2010          NOSSAMAN, LLP

                                  By:   /s/ George Joseph, Esq.
                                        George Joseph, Esq., attorney for
                                        Plaintiff-Intervenors CAPITAL BINGO, INC.,
                                        HAGGIN GRANT POST NO. 21, THE
                                        AMERICAN LEGION OF CALIFORNIA, CASA
                                        ROBLE HIGH SCHOOL RAMSMEN, INC., and
                                        MARY BROWN and Plaintiffs UNITED
                                        CEREBRAL PALSY OF GREATER
                                        SACRAMENTO, WIND YOUTH SERVICES and
                                        ROBERT FOSS

///

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: February 22, 2010 | | SACRAMENTO COUNTY-OFFICE OF COUNTY COUNSEL |

By: /s/ John E. Reed, Esq.
John E. Reed, Esq., attorney for Defendant, Sacramento County Sheriff, JOHN MCGINNESS

Edmund G. Brown, Jr.
Attorney General of the State of California
Sara J. Drake
Acting Senior Assistant Attorney General
Jennifer T. Henderson
Deputy Attorney General

Dated: February 22, 2010    By: /s/ William L. Williams, Jr.
William L. Williams, Jr.
Deputy Attorney General
Attorneys for Defendants, BUREAU OF GAMBLING CONTROL, JACOB APPELSMITH and MATHEW J. CAMPOY

IT IS HEREBY SO ORDERED.

Date: February 22, 2010    /s/ John A. Mendez
Hon. John A. Mendez
United States District Court
Eastern District of California

PDF created with pdfFactory trial version www.pdffactory.com