K. Greg Peterson, Esq. (SBN: 118287)
LAW OFFICES OF K. GREG PETERSON
1716 L Street
Sacramento, California 95811
Telephone:    (916) 443-3010
Facsimile:    (916) 492-2680
Email:         greg@kgregpeterson.com

Attorney for Plaintiff-Intervenor, EL CAMINO ATHLETIC BOOSTERS CLUB, a California
non-profit corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEO GAMING TECHNOLOGIES, INC., dba, VGT, Inc., a Tennessee Corporation; UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, a California Non-Profit Corporation; WIND Youth Services, a California Non-Profit Corporation; ROBERT FOSS, an individual; JOAN SEBASTIANI, an individual, <br><br> Plaintiffs, <br><br> V. <br><br> BUREAU OF GAMBLING CONTROL, a law enforcement division of the California Department of Justice; MATHEW J. CAMPOY, in his official capacity as the Acting Chief of the Bureau of Gambling Control, <br><br> Defendants, <br><br>_____ <br><br> AND RELATED INTERVENORS <br>_____ | Case No. 2:08-CV-01241 JAM EFB <br><br> STIPULATION AND ORDER RE DISMISSAL OF ACTION |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

STIPULATED, by and between Plaintiff-Intervenors EL CAMINO ATHLETIC BOOSTERS

-1-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION

CLUB, CAPITAL BINGO, INC., HAGGIN GRANT POST NO. 21, THE AMERICAN

LEGION OF CALIFORNIA, CASA ROBLE HIGH SCHOOL RAMSMEN, INC., and MARY

BROWN, Plaintiffs UNITED CEREBRAL PALSY OF GREATER SACRAMENTO, WIND

YOUTH SERVICES and ROBERT FOSS, and Defendants BUREAU OF GAMBLING

CONTROL, JACOB APPELSMITH, MATHEW J. CAMPOY and JOHN McGINNESS, by

and through their respective counsel of record, that the entire above-captioned action is

dismissed with prejudice in accordance with the terms of the written settlement

agreement entered into between the parties.

        IT IS FURTHER STIPULATED that the parties shall bear their own attorney's fees

and costs incurred in this action.


        IT IS HEREBY SO AGREED.


Dated:  February 22, 2010            LAW OFFICES OF K. GREG PETERSON


                                     By:____/s/ K. Greg Peterson_____
                                        K. Greg Peterson, Esq., attorney for
                                        Plaintiff-Intervenor, EL CAMINO ATHLETIC
                                        BOOSTERS CLUB, a California non-profit
                                        corporation


Dated:  February 22, 2010            NOSSAMAN, LLP


                                     By:____/s/ George Joseph, Esq._____
                                        George Joseph, Esq., attorney for
                                        Plaintiff-Intervenors CAPITAL BINGO, INC.,
                                        HAGGIN GRANT POST NO. 21, THE
                                        AMERICAN LEGION OF CALIFORNIA, CASA
                                        ROBLE HIGH SCHOOL RAMSMEN, INC., and
                                        MARY BROWN and Plaintiffs UNITED
                                        CEREBRAL PALSY OF GREATER
                                        SACRAMENTO, WIND YOUTH SERVICES and
                                        ROBERT FOSS

/ / /



1      Dated:  February 22, 2010          SACRAMENTO COUNTY-OFFICE OF

2                                                       COUNTY COUNSEL

3

4                                                       By:___/s/ John E. Reed, Esq._____

5                                                         John E. Reed, Esq., attorney for
                                                Defendant, Sacramento County Sheriff, JOHN

6                                                 MCGINNESS

7                                                 Edmund G. Brown, Jr.
                                                Attorney General of the State of California

8                                                 Sara J. Drake
                                                Acting Senior Assistant Attorney General

9                                                 Jennifer T. Henderson

10                                                Deputy Attorney General

11

12      Dated:  February 22, 2010      By: _____/s/ William L. Williams, Jr._____

13                                                 William L. Williams, Jr.
                                               Deputy Attorney General

14                                          Attorneys for Defendants, BUREAU OF
                                         GAMBLING CONTROL, JACOB APPELSMITH

15                                          and MATHEW J. CAMPOY

16         IT IS HEREBY SO ORDERED.

17

18

19      Date:  February 22, 2010                /s/ John A. Mendez_____

20                                                 Hon. John A. Mendez

21                                                 United States District Court
                                                Eastern District of California

22

23

24

25

26

27

28

-3-

STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF ACTION